# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 19-1457 - Drew v. DVA

**Date of docketing:** January 24, 2019

**Petition for review of:** Merit Systems Protection Board case no. AT-0714-18-0693-I-1

**Petitioner(s):** Robert L. Drew

**Critical dates include:**

- Date of docketing. See Fed. Cir. R. 12 and 15.
- Filing fee due. (*Due within 14 days of the date of docketing.*) See Fed. R. App. P. 15(e) and Fed. Cir. R. 52.
- Certified list. See Fed. Cir. R. 17.
- Statement concerning discrimination. (*Due within 14 days of the date of docketing.*) See Fed. Cir. R. 15(c).
- Entry of appearance. (*Due within 14 days of the date of docketing.*) See Fed. Cir. R. 47.3.
- Certificate of interest. (*Due within 14 days of the date of docketing.*) See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 30 days of the date of docketing.*) [Only in cases where all parties are represented by counsel. See Fed. Cir. R. 33.1 and the mediation guidelines available at www.cafc.uscourts.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court**.
- Briefs. See Fed. Cir. R. 31. [A pro se party must not file his or her informal brief until after the certified list has been filed and served.] **N.B. You will not receive a separate briefing schedule from the Clerk's Office**.
- **ORAL ARGUMENT SCHEDULE CONFLICTS:** Counsel should advise the clerk in writing within 30 days once briefing is completed of potential scheduling conflicts or as soon as they are known and should not wait until an actual conflict arises. Once scheduled, a case will not be postponed except on motion showing **compelling reasons**. See Practice Note following Fed. Cir. R. 34.

Unrepresented parties should refer to the Guide for Pro Se Petitioners and Appellants at http://www.cafc.uscourts.gov/pro-se/.

**Attachments** (to unrepresented parties only):

- Caption sheet
- General Information and Overview of a Case in the Federal Circuit
- Required forms:
  - Entry of Appearance
  - Form 10 (Statement Concerning Discrimination)
  - Informal Brief
  - Motion and Affidavit for Leave to Proceed in Forma Pauperis (only to petitioners owing the docketing fee)

The official caption is reflected on the electronic docket under the listing of the parties and counsel. The Rules of Practice and required forms are available at www.cafc.uscourts.gov.

Peter R. Marksteiner
Clerk of Court

cc: Clerk, Merit Systems Protection Board
Director, Commercial Litigation Branch, Civil Division, U.S. Department of Justice, P.O. Box 480, Ben Franklin Station, Washington, DC 20044
Robert L. Drew

ROBERT L. DREW,

        Appellant

    V.

DEPARTMENT OF VETERANS

  AFFAIRS,

        Agency

DOCKET NUMBER

AT-0714-18-0693-I-1

DATE: December 25, 2018

RECEIVED

JAN 16 2019

United States Court of Appeals
For The Federal Circuit

## Petition for Review

I am writing this brief for review to give my side of the story. I would like to start by saying that about three years ago, I wrote a brief to Washington D. C. stating that these types of actions would happen. I wrote that alliances would be formed and they would result in my demise. I was accused of ripping up a document from my supervisor. I requested that the footage from the surveillance camera be pulled to prove that I did not rip up any document. I provided the location of the alleged incident, but I guess that did not happen. Then reason I asked that the footage to be pulled is that I did not want to get anyone else involved because I did not want them to be retaliated against. I have an eye witness that can refute the claim that I ripped up a document. I never refused to follow any supervisory instructions. If I never read or touched any document it would stand to reason that I did not know, and I was never told. I stated that there was no due process. I also stated that I was first approached about the incident in Mr. Deckert office where he had the paperwork typed and ready for me to sign. I did not refuse any oral instructions from my supervisor. I am not going to try and understand why they said and did what they did. I know that it did not happen the way it is being described. I had followed instructions for five plus years and now all of a sudden, I do not follow instructions. In my opinion this was set up to make it look like I am the bad guy. I know that my conduct was appropriate throughout the process and that being removed was not the right decision. I feel that is was done as a form of retaliation, and that these people set it up that way. I think that the Administrative Judge did a good job presiding over the case. I

am not in agreement with the decision, but I think with an eye witness and the testimony of Mr. Fletcher the decision would have been different. I do not think that it is fair to mess with a person's livelihood just because you can. My removal had nothing to do with my conduct, it was personal.

In my opinion this whole matter came about because of some criminal conduct against me occurred. I submitted some paperwork concerning this matter. I submitted the paperwork to the union and I included it with a brief that I wrote to the Merit System Protection Board. I know that someone went into the system and tried to manipulate my leave. I do not know why this happened, but I feel that it is a criminal offense. The parties that were involved are as followed; Mr. Gary McCarthy, Mr. Sean Stevens, Mr. Brandon Deckert, and Mr. Robert Keogle. They all had a part in the conduct I am about to describe to you. Please follow this narrative with an open mind because this is how we got to my removal. I tried to explain my situation to Mr. McCarthy upon his arrival to TVHS at a staff meeting where he was being welcomed. I was letting him know how Mr. Keogle and Mr. Stevens had made me start work and had not compensated me for that time. He never said a word and I let him know about the situation in front of everyone in attendance. Mr. Keogle was always harassing and I had to put the campus police on him a couple of times and there should be two police reports stating the facts surrounding the event that lead up to me seeking out the campus police. Mr. Brandon Deckert came to me and said that I had to put someone on my PIV account and I told him that I was not having any problems with my PIV card. He later wrote a correspondence threatening my job if I did not comply. I tried to refuse but the union told me that I had to. Here is where it gets interesting, there was a guy who I never seen before and the first time I seen him he was in Sean Stevens office on the computer. The next time I saw him was at the place where we check in sitting at Frank Fletchers computer. I was summoned to come there and he was going to put someone on my PIV account. The name that I saw him type in was Gary McCarthy. Then Brandon Deckert told me he was sorry because it did not work. I walked over and told Frank Fletcher that Brandon said that it did not work. I never saw that guy around the campus any more. I think that was criminal to have that guy on campus on the computer system. I have a degree in computer networking and I know that every keystroke is stored in the cache and it is hard to get rid of through a network, so the evidence is there. I had been in a use or lose status as far as my leave for about two and a half years. I would take my leave at the end of the year, and the first week

of January of 2017 I came back from leave and they told me that I should not have taken the leave because they hit the D key instead of the A key and I told them it was use or lose leave. They did an SF-70 to make the correction, and they tore up the write up. I went on leave at the end of 2017 upon my return the first week of 2018 and when I walked in to check in for the day Mr. Randy Surface told me to resubmit thirty-two hours of leave because it did not take in the system. I responded and said that I had some paperwork that said it did take. I hurried to the computer to check out what he said and I saw where some-one had charged me for one hundred twelve hours so I made a copy and went to payroll to get an audit on my leave. My tour of duty was Monday thru Friday and the system would have never charged me that way. The clerk looks in the system and she gave me a story about the only someone who could do anything to my leave was me or my sponsor. I left payroll perplexed but I wanted to know how could this happen. I went and made copies and took it to the union and asked them to find out how it happened. I waited about two and a half months and I went to the union representative that was assigned to my case and he told me he would check on it and nothing happened. I go on and we were in a staff meeting with our EEOC representative (Mr. Timothy Eckwood) and I raised my hand to ask a question, I was acknowledged and I asked my question. I guess I did not make myself clear because he asked me in a nasty way what did you say and I told him what I said I said in English and I did not know why he did not hear me and everyone in the room heard me and he was standing the closest. He abruptly stopped the training and asked the chief if he could see him outside. They left and went outside and returned shortly thereafter.

I do not know what the discussion was about between Mr. McCarthy and Mr. Eckwood, but I do know that shortly after that they came up with the allegations that lead to me being removed from my employment. In my opinion I was removed because of the criminal conduct that occurred with my leave and they used the EEOC representative to assist them. I say this because they never said anything about my conduct until after that incident. I always thought that Mr. Eckwood was trying to wait until the statue of limitations ran out on my case. The person that started my case was gone and Mr. Eckwood had been appointed and I never heard from him concerning the case. I do know that the parties mentioned had a lot to lose with the criminal conduct that occurred with my leave. I still want to know who went into the system and added thirty-two hours to my leave. I am sure that my removal had a lot

to do with the criminal conduct more than the allegations set forth about my removal.  When I returned from my brain surgery my time keeper said that my time was not right and that I should check it.  I found out that Sean Stevens had submitted annual leave when I still had sick leave on the books.  I had thirty-eight- and one-half hours of annual leave taken. The clerk said that she could give me the annual leave back but it would go against my sick leave.  I do not know how my annual leave could disappear when I still had sick leave on the books.  That is the second occurrence with my leave and I think that there was an attempt to steal the leave.  I think that this should be investigated because others have complained about their leave being short.  I do not want to believe that this is happening, but when I tried to expose it, I got removed from employment.  If you followed this narrative with an open mind then you can see how I was falsely accused.  When I took this job, I was looking for that unity that I read about in the bible in psalms 133.  I did not get that type of unity, instead I got a dishonest alliance that is corrupt in their actions, and if you do not go along, they will get rid of you.  I do not know how I saw this coming but I wrote and told it before it actually happened.  I am enclosing leave request, letter stating I wanted to get out of EMS, and letter from Mr. Deckert, and the brief stating that this would happen. Please notice dates on the documents because I think they tell a story.


Respectfully

Robert Drew
Robert Drew

```
                    VA TIME & ATTENDANCE SYSTEM
                         LEAVE REQUESTS

DREW,ROBERT L                              XXX-XX-8828

Begin with Date: T//09/21/2017  (SEP 21, 2017)

07:00A  2-Jan-18 to 03:30P  5-Jan-18 24 hrs Annual Leave Requested
     Use Or Lose
     Requested:  5-Sep-17  7:31am
07:00A 11-Dec-17 to 03:30P 29-Dec-17 112 hrs Annual Leave Requested
     USE OR LOSE
     Requested:  5-Sep-17  7:29am
07:00A 13-Nov-17 to 03:30P  1-Dec-17 112 hrs Annual Leave Requested
     Use Or Lose
     Requested:  5-Sep-17  7:27am
07:00A 21-Sep-17 to 03:30P 21-Sep-17 8 hrs Sick Leave Requested
     Requested: 22-Sep-17  7:15am


Press RETURN to Continue.
```

RECEIVED

JAN 1 6 2019

United States Court of Appeals
For The Federal Circuit

VA TIME & ATTENDANCE SYSTEM
LEAVE REQUESTS

DREW,ROBERT L                                    XXX-XX-8828

Begin with Date: T//01/02/2017  (JAN 02, 2017)

```
07:00A 18-Dec-17 to 03:30P 22-Dec-17 40 hrs Annual Leave Requested
     Use or Lose
     Requested:  6-Oct-17  8:08am
07:00A 11-Dec-17 to 03:30P 15-Dec-17 40 hrs Annual Leave Requested
     Use or Lose
     Requested:  6-Oct-17  8:00am
07:00A 20-Nov-17 to 03:30P 24-Nov-17 32 hrs Annual Leave Requested
     Use or Lose
     Requested:  6-Oct-17  7:58am
07:00A 13-Nov-17 to 03:30P 17-Nov-17 40 hrs Annual Leave Requested
     Use or Lose
     Requested:  6-Oct-17  7:56am
07:00A 21-Sep-17 to 03:30P 21-Sep-17 8 hrs Sick Leave Approved
     Requested: 22-Sep-17  7:15am
```

Press RETURN to Continue.

```
                    VA TIME & ATTENDANCE SYSTEM
                         LEAVE REQUESTS

DREW,ROBERT L                              XXX-XX-8828

Begin with Date: T//11/13/2017  (NOV 13, 2017)

07:00A 18-Dec-17 to 03:30P 22-Dec-17 40 hrs Annual Leave Requested
     Use or Lose
     Requested:  6-Oct-17  8:08am
07:00A 11-Dec-17 to 03:30P 15-Dec-17 40 hrs Annual Leave Requested
     Use or Lose
     Requested:  6-Oct-17  8:00am
07:00A 20-Nov-17 to 03:30P 24-Nov-17 32 hrs Annual Leave Requested
     Use or Lose
     Requested:  6-Oct-17  7:58am
07:00A 13-Nov-17 to 03:30P 17-Nov-17 40 hrs Annual Leave Requested
     Use or Lose
     Requested:  6-Oct-17  7:56am


Press RETURN to Continue.
```



DEPARTMENT OF VETERANS AFFAIRS

TENNESSEE VALLEY HEALTHCARE SYSTEM

3400 Lebanon Road Murfreesboro, TN 37129

## Written Order to Complete Mandatory Requirement

August 5, 2016

Drew, Robert

SUBJ:   Person Identity Verification Technical Enforcement

1. Person Identity Verification (PIV) technical enforcement is a VA-wide requirement to access VA networks. Usernames and passwords will no longer authenticate employees. Environmental Management Service (EMS) requires the use of the Bed Management System which is an approved exemption from this enforcement. In order to process this exemption, each employee must send a request through the Forefront Identity Manager (FIM). This is a two-step process that requires employees to ensure their current supervisor is listed in the system, and the Bed Management System is entered as an exemption. Detailed instructions have been sent to the supervisors to assist employees if necessary.

2. Compliance with this process is mandatory. Your Supervisor informed you of this requirement prior to the due date of 21 July, and I discussed this matter with you shortly after. Since this is past due, you must comply with this order immediately.

3. Failure to comply with this requirement may result in removal from federal employment.

4. Should the aforementioned be related to personal problems you are experiencing, let me encourage you to seek assistance through the Employee Assistance Program (EAP). This organization has professional counselors who can provide assistance to employees and their families. This program is confidential and provided at no cost. Participation in this program is voluntary and will not jeopardize your employment, your appeal of this

matter, or your reputation with the Agency. You may call 1-800-869-0276 to get further information and immediate assistance with your problems. Alternatively, you may visit their website at www.eapconsultants.com for more information.

5. You may address any questions you have regarding this order to me.


*Brandon Paul Deckert*

**Brandon Deckert, BS**

Site Manager, Environmental Services

VA Tennessee Valley Healthcare System

p: 615.624.1178 | f: 615.225.4511

brandon.deckert@va.gov

Robert Drew

09-18-2014

SUBJ:    Racial Discrimination

I Robert Drew am for the second time filing a formal complaint against Sean Stevenson. Since the last time that I wrote to you concerning what is happening to me nothing has been done to stop this action. . I was hospitalized on 12-27-2013 for a Subarachnoid Hemorrhage, returned to work on 03-09-2014. Since my return there has been nothing but harassment and more work to do. I in my opinion would think that some type of reasonable accommodations would be made due to the nature of my injury, just more work added to me. I have constantly let my supervisors know that the work is a bit excessive for me. Mr. Sean still sends them to me trying to get me to refuse so that insubordination charges can be file against me. Mr. Sean has become very confrontational with me because I speak up for myself. I have a problem taking off to go to doctors appointments, I am harassed by the supervisors, and it's taking a toll on me.

This problem started a while back because I spoke up about the way that overtime was distributed. I felt that it wasn't being distributed fairly, so I took it to the union. From that point on this man Mr. Sean has had the sort of attitude I'm going to punish you for going to the union nature. The supervisors that have been coming at me trying to push me are Robert Koegle, Randy Surface, Dameon Sibert, and of course Sean. When they realized that I was not afraid of them they got together and formed lies about me saying that I was rude among other things. They assign me work that they normally have two people do and expect me to accomplish alone, and when I don't get it accomplish they try to retaliate against me. In my opinion it is an abuse of power. I have never refused to do the work but it causes me bad headaches. The union is working with me but I feel that an outside organization can accomplish more because they can have a more objective opinion on the situation. I went to Sean to discuss moving me to another area as instructed by a union representative and he would not let me talk he wanted to discuss old matters. I told him that I wasn't there to discuss those issues and I tried to express to him that I was a 51 year old man who wasn't going to play games with them and he stated that I don't care if you are 25. I took that as I don't care about what you have going on I'm in charge and this is the way it's going to be. I had to go to the emergency because it ran my blood pressure up to 197/103, a very high

level and as I was walking out of his office he followed me. This man has to be stopped and I'm not the only one he is terrorizing just one of the few that will speak up.

The area that I was assigned to do is more than enough for one person, instead of leaving well enough alone he and the supervisors add a whole new area to it. The area in question is done in the daytime by one person and that's all he has. In my area of responsibility no one goes there during the day or weekend so it's all on me and that's fine. The ladies that supervise that area acknowledge that I do a good job, and I haven't had a complaint in over 20 months. They are Debra Peters and Suman Parsh. I've had that area for 20 months and never had to go into the other area that they assigned to me, now all of a sudden it's added to me. What is the problem for 20 months the area was taken care of by someone else and now it is put on me. I think it is being used to either run me off or deem me insubordinate. I come to work every day never late and do my job. Why do I have to be subjected to the behavior that I feel is unbecoming of a person in a leadership role?

The lies are going to be told when and if they are confronted about the situation, but what I'm saying is true. I just want it to stop before I end up hospitalized again or dead. These people don't know how to stop or leave well enough alone. I have more options to seek a resolution in this matter but I choose to start with you. Please give me guidance or come in and stop this madness.

They are now using retaliatory tactics against me trying to make me do something that would give them cause to terminate my employment. I say this because I have seen it done to another employee not so long ago. All I am hearing concerning this matter is who has the jurisdiction which is not helping my cause at all. After a few attempts to reach the Nashville office I finally spoke with Mr. Timothy Eckwood and after being put on hold he told me that I would have to go through the Murfreesboro campus office. I would have never reached out to you if I felt that I could get a resolution at the workplace. Mr. Sean has had many complaints against him and nothing ever gets resolved. It's like it always falls on deaf ears, and nothing ever gets done. In my opinion no one wants to resolve a problem that should have not happened in the first place. There are many more complaints against him that you will never hear about unless someone from the outside come in and investigate. Employees are afraid to come forth for fear of being fired. Someone from another area has to come in because alliances have been formed. I have tried to get away by applying for other jobs but he use to work in HR until he was removed. In my honest opinion he still has alliances there and he stops you from being selected. I am attempting once again to have someone unknown to this area to come in and see for your self don't just take my word. I am sure that you will see a lot more than I am saying. Please don't turn a blind eye to

this matter because it needs attention.  Let's not ponder about the jurisdiction let someone among you take a stand and do what's right it's the humane thing to do.

Sincerely,

Robert Drew

Contact Information:

Robert Drew

PHONE:  281-685-8489

EMAIL:  rob.drew6131@gmail.com

Robert Drew

Housekeeping Aide

February 20, 2018

To Whom it May Concern

I Robert Drew respectfully request to be transferred from the EMS department. I would like to transfer to a department that is more suitable to my skill set. I look forward to making this transition and I think it would greatly help me. I hope that careful consideration will be taking for this request. I look forward to a decision of this request as soon as possible.

Sincerely,

Robert Drew

Robert Drew
6181 Steve Scarlett Pl
LaVergne TN
37086

RECEIVED

2019 JAN 16  AM 7: 2.

US COURT OF APPEALS
FEDERAL CIRCUIT

U.S. Court of Appeals
for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C.
20439

